1  Michael D. Adams (State Bar No. 185835)
   madams@rutan.com
2  Lucas K. Hori (State Bar No. 294373)
   lhori@rutan.com
3  Sarah E. Gilmartin (State Bar No. 324665)
   sgilmartin@rutan.com
4  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
5  Irvine, CA  92612
   Telephone:   714-641-5100
6  Facsimile:    714-546-9035

7  Attorneys for Defendant
   SUBURBAN PROPANE, L.P.
8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

| LINNEA WHITNEY, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUBURBAN PROPANE, L.P.,<br><br>Defendant. | Case No. 2:22-cv-00633-WBS-AC<br><br>Judge:   Hon. William B. Shubb<br>Courtroom 5<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING RESERVATION OF DEFENSES AND STAY PENDING BRIEFING ON MOTION TO COMPEL ARBITRATION**<br><br>Complaint filed:  April 8, 2022 |
|---|---|

-1-

2610/037471-0002
17843640.1 a05/20/22

[ORDER] GRANTING JOINT STIPULATION REGARDING RESERVATION
OF DEFENSES AND STAY

Having considered the Joint Stipulation of Plaintiff Linnea Whitney ("Plaintiff") and Defendant Suburban Propane, L.P. ("Defendant"), the Court finds that good cause exists for prioritizing briefing on Defendant's anticipated motion to compel arbitration in order to conserve resources and avoid unnecessary briefing, including under Rules 12 and 9 of the Federal Rules of Civil Procedure, which will consume the parties' and the Court's time.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant will file a motion to compel Plaintiff's claims to arbitration no later than June 2, 2022, and will notice a hearing for the earliest authorized date.

2. Defendant will not waive any defenses, including without limitation under Rules 12 and 9 of the Federal Rules of Civil Procedure, by failing to assert such defenses in its motion to compel arbitration.

3. With the exception of activities necessary to brief Defendant's arbitration motion, these proceedings shall otherwise be stayed until the resolution of that motion.

4. In the event Defendant's motion to compel arbitration is denied, within twenty-one days of this Court's order Defendant will file a response to the Complaint asserting any available defenses.

Dated:  May 20, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
2610/037471-0002
17843640.1 a05/20/22
[ORDER] GRANTING JOINT STIPULATION REGARDING RESERVATION OF DEFENSES AND STAY